**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Lyndell THOMAS, a/k/a X–Man, Defendant—Appellant.**

**No. 09–7972.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 5, 2010.

Lyndell Thomas, Appellant Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lyndell Thomas appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Thomas,* No. 3:93–cr–00058–BR–3, 2009 WL 3300255 (E.D.N.C. Oct. 13, 2009). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*